

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-16-00714-CV

**IN RE** Garry David **GALLARDO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On October 31, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 7, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-18321, styled *Garry D. Gallardo v. Maria L. Gonzalez, et al*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.